Form B1, p.1 (04/10)   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| EASTERN **District of** NEW YORK | |

| Name of Debtor(if individual, enter Last, First, Middle):<br>ENVISION REVIEW CENTER, INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the debtor in the last 8 years (include maiden and trade names): | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all):  26-1469282 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |

| Street Address of Debtor (No. & Street, City and State):<br>1894 FLATBUSH AVENUE<br>2ND FLOOR<br><br>BROOKLYN NY | ZIP CODE<br>11210 | Street Address of Joint Debtor (No. & Street, City and State): | ZIP CODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>KINGS | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): | |
| | ZIP CODE | | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | | | ZIP CODE |

**Type of Debtor (Form of Organization)**
(Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code *(the Internal Revenue Code).*

**Nature of Business**
(Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (check one box)**
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).
**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders of affiliates) are less than $2,343,300.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

**Filing Fee**   (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

THIS SPACE FOR COURT USE ONLY

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

 **Form B1, p.2 (04/10)** **Blumberg**Excelsior, Inc., Publisher, NYC 10013

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>ENVISION REVIEW CENTER, INC. |
|---|---|

| **All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed: | Case Number | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 134 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>S/ ASHER B. WHITE _____ 08/25/2010 _____<br>Signature of Attorney for Debtor(s).          Date: |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

---

**Information Regarding the Debtor-Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district.

---

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:

Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. & 362(1)).


| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>ENVISION REVIEW CENTER, INC. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter title 11, United States Code, specified in this petition.

X_____

  Signature of Debtor

X_____

  Signature of Joint Debtor

  Telephone Number (If not represented by attorney)

_____ 08/25/2010
                             Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correc, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐   Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____

  (Signature of Foreign Representative)

  (Printed Name of Foreign Representative)

08/25/2010
Date

### Signature of Attorney

X S/ ASHER B. WHITE
  Signature of Attorney for Debtor(s)

  Printed Name of Attorney for Debtor(s)

ASHER B. WHITE

  Firm Name

LAW OFFICES OF ASHER B. WHITE

  Address

1202 AVENUE J
BROOKLYN NY 11230

  Telephone Number

(718) 253-2413

  Date 08/25/2010

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor(Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X S/ CARLINE D'HAITI, PRESIDENT
  Signature of Authorized Individual

S/ CARLINE D'HAITI, PRESIDENT
  Printed Name of Authorized Individual

  Title of Authorized Individual

  Date 08/25/2010

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this coument and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)
Address

X_____

Date 08/25/2010
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

 Form B6 SUM (12/07)     **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT  EASTERN          DISTRICT OF  NEW YORK

In re: ENVISION REVIEW CENTER, INC.                     Debtor(s)  Case No.
                                                        Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data"  if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 0.00 | | |
| B - Personal Property | x | 5 | 1000.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 16 | | 627,579.00 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 0.00 |
| Total Number of Sheets of All Schedules | | 29 | | | |
| Total Assets | | | 1000.00 | | |
| Total Liabilities | | | | 627579.00 | |

In re:ENVISION REVIEW CENTER, INC.                    Debtor(s) Case No.                    (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total -> | $0.00 | (Report also on Summary of Schedules) |

In re:  ENVISION REVIEW CENTER, INC.        Debtor(s)   Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | x | | | |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | BANK OF AMERICA CHECKING ACCOUNT | | 0.00 |
| 03 Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | | FURNITURE & FIXTURES | | 1,000.00 |
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | x | | | |
| 07 Furs and jewelry. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

1,000.00

In re:  ENVISION REVIEW CENTER, INC.          Debtor(s)     Case No.          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   1,000.00

_____ Continuation sheets attached

In re:   ENVISION REVIEW CENTER, INC.                    Debtor(s)     Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | x | | | |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20 Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->        1,000.00

_____ Continuation sheets attached

In re:   ENVISION REVIEW CENTER, INC.                    Debtor(s)    Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25 Automobiles trucks trailers and other vehicles and accessories. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->     1,000.00

_____ Continuation sheets attached

In re:  ENVISION REVIEW CENTER, INC.                          Debtor(s)    Case No.                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->

_____ Continuation sheets attached

1,000.00

Form B6 D (12/07)  **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: ENVISION REVIEW CENTER, INC.                    Debtor(s)  Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #    NONE | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| | | | Subtotal -> (Total of this page) | 0.00 | 0.00 | |
| | | | Total -> | 0.00 | 0.00 | |

_____   Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)     (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.



In re: ENVISION REVIEW CENTER, INC.                    Debtor(s)   Case No.              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐ **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C# NONE | | | | | | |
| | | | | | 0.00 | |
| | | | | Total -> | | |
| | | | | | Total -> | |
| | | | | | | |
| | | | | | | |
| Continuation Sheets attached. | | | Subtotal -> (Total of this page) | 0.00 | 0.00 | |
| | | | | | 0.00 | |
| (Use only on last page of the completed Schedule E. (Report total also on Summary of Schedules.) | | | Total -> | 0.00 | 0.00 | |
| (Use only on last page of the completed Schedule E.) | | | Total -> | | 0.00 | |

If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6 F (12/07)    **Blumberg**Excelsior, Inc . Publisher. NYC 10013

**In re:** ENVISION REVIEW CENTER, INC.          **Debtor(s)**      **Case No.**          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ALEXANDER THEODORA<br>57 ST. PAUL PLACE<br>BROOKLYN NY 11236 | | | FEES PAID BY STUDENT | | 9,000.00 |
| ALEXANDRA NIVOSE- FERRUS<br>621 EAST 105TH STREET<br>APT 3B<br>BROOKLYN NY 11236 | | | FEES PAID BY STUDENT | | 10,000.00 |
| ANGELINE JEAN- LOUIS<br>14 ORCHARD PLACE<br>IRVINGTON NJ 07111 | | | FEES PAID BY STUDENT | | 8,500.00 |
| AUGUSTIN MADELEINE<br>235-50 147TH DRIVE<br>ROSEDALE NY 11422 | | | FEES PAID BY STUDENT | | 8,000.00 |
| AZANE FRAZILUS<br>37 PREDMORE AVENUE<br>COLONIA NJ 07067 | | | FEES PAID BY STUDENT | | 13,000.00 |
| BEATRICE FEQUIERE<br>273 CALVERT STREET<br>PHILADELPHIA PA 19120 | | | FEES PAID BY STUDENT | | 7,000.00 |

X
‾‾‾‾‾  continuation sheets attached.

Subtotal  $  55,500.00

Total  $  55,500.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**In re:** ENVISION REVIEW CENTER, INC.          **Debtor(s)**    **Case No.**          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| BEQUET ARISTIL 37 PREDMORE AVENUE COLONIA NJ 07067 | | | FEES PAID BY STUDENT | | 1,000.00 |
| 8103-01-0 CABLEVISION PO BOX 371378 PITTSBURGH PA 15250 | | | CREDIT ACCOUNT | | 519.00 |
| CAROL KING 115-56 197TH STREET ST. ALBANS NY 11412 | | | FEES PAID BY STUDENT | | 6,000.00 |
| CHRISTIANAH BASORUN 3344 BAYVIEW AVENUE BROOKLYN NY 11224 | | | FEES PAID BY STUDENT | | 4,000.00 |
| CLESIDOR CLIFFORD 1210 LORING AVENUE BROOKLYN NY 11208 | | | FEES PAID BY STUDENT | | 6,000.00 |
| COLETTE RICHARDS 119-18 153RD STREET JAMAICA NY 11434 | | | FEES PAID BY STUDENT | | 7,000.00 |

<u>  X  </u> continuation sheets attached.

Subtotal  $  24,519.00

(Use only on last page of the completed Schedule F.)    Total  $  80,019.00
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: ENVISION REVIEW CENTER, INC.   Debtor(s)   Case No.   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| COMFORT BOAMPONG 1348 SHERIDAN AVENUE BRONX NY 10456 | | | FEES PAID BY STUDENT | | 5,000.00 |
| DALIAH RICKETTS 104-18 221ST STREET QUEENS NY 11429 | | | FEES PAID BY STUDENT | | 9,000.00 |
| DAVILSON ANTOINE 323 EAST 55TH STREET BROOKLYN NY 11203 | | | FEES PAID BY STUDENT | | 13,000.00 |
| DENISE RICHARDSON 334 CHESTER STREET BROOKLYN NY 11212 | | | FEES PAID BY STUDENT | | 6,500.00 |
| DERRICK SIMMS 396 JEFFERSON AVENUE BROOKLYN NY 11221 | | | FEES PAID BY STUDENT | | 6,000.00 |
| DESLOURDES ABELARD 710 BRISTOL STREET APT 2R BROOKLYN NY 11236 | | | FEES PAID BY STUDENT | | 3,000.00 |

X ___ continuation sheets attached.

Subtotal $ 42,500.00

Total $ 122,519.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: ENVISION REVIEW CENTER, INC.　　　　　**Debtor(s)**　　　**Case No.**　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐　Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| DINA STANFORD 105- 63 FLATLANDS 3RD STR BROOKLYN NY 11236 | | | FEES PAID BY STUDENT | | 9,000.00 |
| EDWINA MILARD 55 FITZ PATRICK AVENUE BROCKTON MA 02301 | | | FEES PAID BY STUDENT | | 2,500.00 |
| ELSIE COMPERE 50 KENILWORTH PLACE APT 5D BROOKLYN NY 11210 | | | FEES PAID BY STUDENT | | 9,000.00 |
| EMUOBOME M. AMRAIBURE 1255 WEBSTER AVENUE BRONX NY 10456 | | | FEES PAID BY STUDENT | | 9,000.00 |
| EVELYNE PIERRE 1350 EAST 35TH STREET BROOKLYN NY 11210 | | | FEES PAID BY STUDENT | | 5,000.00 |
| FAITH ADUH 2368 MOTT AVENUE FAR ROCKAWAY NY 11691 | | | FEES PAID BY STUDENT | | 6,000.00 |

X
___ continuation sheets attached.

Subtotal　$　40,500.00

Total　$　163,019.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**In re:** ENVISION REVIEW CENTER, INC.                    **Debtor(s)    Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| FELICITY DALABA 1552 LONG FELLOW AVENUE BRONX NY 10460 | | | FEES PAID BY STUDENT | | 17,000.00 |
| 4400 FIVE STAR CARTING INC. 5835 47TH STREET MASPETH NY 11378 | | | CREDIT ACCOUNT | | 60.00 |
| FRANCE METELLUS 9800 AVENUE L BROOKLYN NY 11236 | | | FEES PAID BY STUDENT | | 5,000.00 |
| FREDELYNE FEQUIERE 273 CALVERT STREET PHILADELPHIA PA 19120 | | | FEES PAID BY STUDENT | | 6,000.00 |
| GISLYNE MAXINEAL 812 ROGERS AVENUE BROOKLYN NY 11226 | | | FEES PAID BY STUDENT | | 6,000.00 |
| GUYBERT VYLES 116 SCOTT AVENUE DEER PARK NY 11729 | | | FEES PAID BY STUDENT | | 8,000.00 |

X ___ continuation sheets attached.

Subtotal $ 42,060.00

Total $ 205,079.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: ENVISION REVIEW CENTER, INC.              Debtor(s)      Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| HELEN GRIFFITH 993 EAST 92ND STREET BROOKLYN NY 11236 | | | FEES PAID BY STUDENT | | 8,000.00 |
| HETTY TROTTMAN 1582 HENDRICKSON STREET BROOKLYN NY 11234 | | | FEES PAID BY STUDENT | | 8,000.00 |
| ISLANDE ANTOINE 1547 ARLINE AVENUE ABINGTON PA 19001 | | | FEES PAID BY STUDENT | | 1,000.00 |
| JACQUELINE HILL 388 MIDWOOD STREET BROOKLYN NY 11225 | | | FEES PAID BY STUDENT | | 7,000.00 |
| JACQUES ANTOINE JR 235 COPLEY ROAD UPPER DARBY PA 19082 | | | FEES PAID BY STUDENT | | 13,000.00 |
| JANET OLLA 202 NEW LOTS AVENUE BROOKLYN NY 11207 | | | FEES PAID BY STUDENT | | 6,000.00 |

X
___ continuation sheets attached.

Subtotal $ 43,000.00

Total $ 248,079.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: ENVISION REVIEW CENTER, INC.    Debtor(s)    Case No.    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| JANICE WEST MORLAN 177- 13 TROUTVILLE ROAD JAMAICA NY 11434 | | | FEES PAID BY STUDENT | | 4,000.00 |
| JENITA BECKFORD 213 SPRING STREET WEST HAVEN CT 06516 | | | FEES PAID BY STUDENT | | 7,000.00 |
| JENNIFER LAGUERRE 1760 UNION STREET BROOKLYN NY 11213 | | | FEES PAID BY STUDENT | | 6,000.00 |
| JOAN GEORGE 1138 EAST 83RD STREET BROOKLYN NY 11236 | | | FEES PAID BY STUDENT | | 1,000.00 |
| JOELLE DUVALSAINT 44 EHMER DRIVE LA GRANGEVILLE NY 540 | | | FEES PAID BY STUDENT | | 4,500.00 |
| JUDITH LOUIS 219- 36 114TH AVENUE CAMBRIA HEIGHTS NY 11411 | | | FEES PAID BY STUDENT | | 4,000.00 |

X ___ continuation sheets attached.

Subtotal $ 26,500.00

Total $ 274,579.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: ENVISION REVIEW CENTER, INC.                    Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| JULES DENISE 79 MITCHELL STREET WEST ORANGE NJ 07052 | | | FEES PAID BY STUDENT | | 2,000.00 |
| JUMANE PIERRE 256 EAST 55TH STREET BROOKLYN NY 11203 | | | FEES PAID BY STUDENT | | 9,000.00 |
| JUNIE BANATTE 249 EMILY AVENUE ELMONT NY 11003 | | | FEES PAID BY STUDENT | | 6,000.00 |
| KAMANI SOOKPAUL 97-17 132ND STREET RICHMOND HILL NY 11419 | | | FEES PAID BY STUDENT | | 6,000.00 |
| KAREN ELLIOT 104- 38 FARMERS BLVD ST. ALBANS NY 11412 | | | FEES PAID BY STUDENT | | 9,000.00 |
| KAREN WILLIAMS 150- 68 116TH STREET JAMAICA NY 11434 | | | FEES PAID BY STUDENT | | 9,000.00 |

X
___  continuation sheets attached.

Subtotal  $  41,000.00

(Use only on last page of the completed Schedule F.)        Total  $  315,579.00
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**In re:** ENVISION REVIEW CENTER, INC.                    **Debtor(s)**        **Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| LINDA LESPINASSE 766 FERN STREET YEADON PA 19050 | | | FEES PAID BY STUDENT | | 9,000.00 |
| MAGALIE LORMEU 7 CRAWFORD STREET RANDOLPH MA 02368 | | | FEES PAID BY STUDENT | | 2,500.00 |
| MALORY GENEUS 101 FLORENCE STREET ROSLINDALE MA 02131 | | | FEES PAID BY STUDENT | | 2,500.00 |
| MARGARETTE NARCISSE 3502 KINGS HIGHWAY APT E9 BROOKLYN NY 11234 | | | FEES PAID BY STUDENT | | 8,000.00 |
| MARIE C. JASMIN- JEAN 1106 CENTRAL AVENUE S. HEMPSTEAD NY 11550 | | | FEES PAID BY STUDENT | | 14,000.00 |
| MARIE DORSAINVIL 1302 NEWKIRK AVENUE #2h BROOKLYN NY 11230 | | | FEES PAID BY STUDENT | | 8,000.00 |

X
___   continuation sheets attached.

Subtotal   $   44,000.00

Total   $   359,579.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**In re:** ENVISION REVIEW CENTER, INC.                    **Debtor(s)**          **Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| MARIE JEAN- FRANCOIS 273 CALVERT STREET PHILADELPHIA PA 19126 | | | FEES PAID BY STUDENT | | 5,000.00 |
| MARIE M. ABOUTOU 302 W. SPENCER AVENUE PHILADELPHIA PA 19120 | | | FEES PAID BY STUDENT | | 9,000.00 |
| MARIE M. JEAN- BAPTISTE 390 SHERIDAN BLVD. INWOOD NY 11096 | | | FEES PAID BY STUDENT | | 8,000.00 |
| MARIE ST.LOTH 2460 BRIGHAM STREET BROOKLYN NY 11235 | | | FEES PAID BY STUDENT | | 9,000.00 |
| MARIE VICTORIA MICHEL 1353 NEW YORK AVENUE BROOKLYN NY 11210 | | | FEES PAID BY STUDENT | | 6,000.00 |
| MARIE YOLETTE PIERRE 323 EAST 55TH STREET BROOKLYN NY 11203 | | | FEES PAID BY STUDENT | | 13,000.00 |

X ___ continuation sheets attached.

Subtotal $ 50,000.00

Total $ 409,579.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: ENVISION REVIEW CENTER, INC.          **Debtor(s)**          **Case No.**          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| MARLENE BALATIER 33 PIERCE STREET HYDE PARK MA 02136 | | | FEES PAID BY STUDENT | | 2,500.00 |
| MAXINE DOUGLAS 218-16 137TH AVENUE SPRINGFIELD NY 11413 | | | FEES PAID BY STUDENT | | 6,000.00 |
| MICHELINE GARCON 88 BODEN AVENUE VALLEY STREAM NY 11580 | | | FEES PAID BY STUDENT | | 6,000.00 |
| MICHELINE JEAN 378 MONTGOMERY STREET BROOKLYN NY 11225 | | | FEES PAID BY STUDENT | | 6,000.00 |
| MIRLENE JEANTY 1439 EAST 96TH STREET BROOKLYN NY 11236 | | | FEES PAID BY STUDENT | | 7,000.00 |
| MOHAMMED ISLAM 1059 GLENMORE AVENUE BROOKLYN NY 11208 | | | FEES PAID BY STUDENT | | 2,000.00 |

X
___ continuation sheets attached.

Subtotal $ 29,500.00

Total $ 439,079.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**In re:** ENVISION REVIEW CENTER, INC.                    **Debtor(s)**     **Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| MYRLINE CASSEUS 1676 WALKERS AVENUE UNION NJ 07083 | | | FEES PAID BY STUDENT | | 8,000.00 |
| MYRNA PETERKIN 104-38 FARMERS BLVD. ST. ALBANS NY 11412 | | | FEES PAID BY STUDENT | | 9,000.00 |
| NICOLE THOMAS 100-45 221ST STREET QUEENS NY 11429 | | | FEES PAID BY STUDENT | | 4,000.00 |
| NYRVA LUBRUN 1298 EAST 37TH STREET BROOKLYN NY 11210 | | | FEES PAID BY STUDENT | | 10,000.00 |
| ODETTE ROBINSON 134-20 220TH STREET LAURELTON NY 11413 | | | FEES PAID BY STUDENT | | 10,000.00 |
| OLUBUNMI BALOFIN 33 PARKHILL COURT STATEN ISLAND NY 10304 | | | FEES PAID BY STUDENT | | 8,000.00 |

__X__  continuation sheets attached.

|  | Subtotal | $ | 49,000.00 |
|---|---|---|---|
| (Use only on last page of the completed Schedule F.) (Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | Total | $ | 488,079.00 |

In re: ENVISION REVIEW CENTER, INC.          Debtor(s)      Case No.          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| PASCALE J. GASPARD<br>755 OCEAN AVENUE<br>BROOKLYN NY 11226 | | | FEES PAID BY STUDENT | | 3,000.00 |
| PAULETTE ATKINSON<br>1438 PARK PLACE<br>BROOKLYN NY 11213 | | | FEES PAID BY STUDENT | | 9,000.00 |
| PAULINE JOHNSON ANTOINE<br>674 HAWTHORNE STREET<br>BROOKLYN NY 11203 | | | FEES PAID BY STUDENT | | 6,000.00 |
| RAPHAELLE LOUIS<br>1244 STIRLING STREET<br>PHILADELPHIA PA 19120 | | | FEES PAID BY STUDENT | | 6,000.00 |
| RAYMONDE ORESTE<br>1220 OCEAN AVENUE<br>BROOKLYN NY 11230 | | | FEES PAID BY STUDENT | | 6,500.00 |
| ROSE JEANTY<br>99-17 217TH LANE<br>QUEENS NY 11429 | | | FEES PAID BY STUDENT | | 10,000.00 |

X ___ continuation sheets attached.

Subtotal $ 40,500.00

Total $ 528,579.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: ENVISION REVIEW CENTER, INC.    Debtor(s)    Case No.    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ROSELIE CHAVRE 15 MIDDLESEX ROAD SHARON MA 02067 | | | FEES PAID BY STUDENT | | 2,500.00 |
| ROSENIE AUGUSTE 25 ST. JOHN AVENUE NORWOOD MA 02062 | | | FEES PAID BY STUDENT | | 2,500.00 |
| SABRINA JEAN 929 TYSON AVENUE PHILADELPHIA PA 19111 | | | FEES PAID BY STUDENT | | 3,000.00 |
| SHARON ENNEVER 245- 36 149TH STREET ROSEDALE NY 11422 | | | FEES PAID BY STUDENT | | 9,000.00 |
| SHERREN FRANCE 591 OCEAN AVENUE APT 2G BROOKLYN NY 11226 | | | FEES PAID BY STUDENT | | 17,000.00 |
| SHIRLEY PETION 1447 SCHENECTADY BROOKLYN NY 11203 | | | FEES PAID BY STUDENT | | 4,000.00 |

X
___ continuation sheets attached.

Subtotal $  38,000.00

(Use only on last page of the completed Schedule F.)     Total $  566,579.00
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

In re: ENVISION REVIEW CENTER, INC.                Debtor(s)        Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| TANIA MARTIN<br>168- 30 127TH AVENUE<br>JAMAICA NY 11434 | | | FEES PAID BY STUDENT | | 4,000.00 |
| TEPSON CALASSE<br>172-24 133RD AVENUE<br>APT 16A<br>JAMAICA NY 11434 | | | FEES PAID BY STUDENT | | 17,000.00 |
| THERESA MCDONALD<br>1710 CARROLL STREET<br>BROOKLYN NY 11213 | | | FEES PAID BY STUDENT | | 6,000.00 |
| VANESSA BONSU<br>116 GOTHAM AVENUE<br>ELMONT NY 11003 | | | FEES PAID BY STUDENT | | 4,000.00 |
| VIVIENNE WILLIAMS<br>1089 FAYETTE STREET<br>UNIONDALE NY 11553 | | | FEES PAID BY STUDENT | | 10,000.00 |
| WILLIAM CYRIAQUE<br>723 EAST 27TH STREET<br>BROOKLYN NY 11210 | | | FEES PAID BY STUDENT | | 9,000.00 |

X
___  continuation sheets attached.

Subtotal $ | 50,000.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Total $ | 616,579.00

**In re:** ENVISION REVIEW CENTER, INC.                    **Debtor(s)**      **Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| YONNETTE FORTUNE 500 CHAUNCEY STREET BROOKLYN NY 11233 | | | FEES PAID BY STUDENT | | 3,000.00 |
| YVE G. CYRIAQUE 723 EAST 27TH STREET BROOKLYN NY 11210 | | | FEES PAID BY STUDENT | | 7,000.00 |
| YVES ROSE KALIN 1020 GRAND CONCOURSE BRONX NY 10451 | | | FEES PAID BY STUDENT | | 1,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |

_____ continuation sheets attached.

|  | Subtotal | $ | 11,000.00 |
|---|---|---|---|
| (Use only on last page of the completed Schedule F.) | Total | $ | 627,579.00 |

(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 G (12/07)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: ENVISION REVIEW CENTER, INC.                    Debtor(s)   Case No.                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re:   ENVISION REVIEW CENTER, INC.          Debtor(s)   Case No.          (if known)

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

 Form 7 Stmt of Financial Affairs (04/10)   **Blumberg**Excelsior, Inc., Publisher. NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF NEW YORK

In re:  ENVISION REVIEW CENTER,

Debtor(s)   Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINATIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, orowner of 5 percent or more of the voting or equity securities of a corporation; a partner other than a limited partner, of a partnership, a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

NONE
|X |

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X |

## 02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE

|X|  ### 03A PAYMENTS TO CREDITORS

List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE

|X|  ### 03B PAYMENTS TO CREDITORS

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5850. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE

|X|  ### 03C PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE

|X|  ### 04A SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[X]   **04B SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[X]   **05 REPOSSESSIONS FORECLOSURES AND RETURNS**

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[X]   **06A ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
[X]   **06B ASSIGNMENTS AND RECEIVERSHIPS**

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed.)

NONE
[X]   **07 GIFTS**

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
| |

## 09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| ASHER B. WHITE, ESQ.<br>1202 AVENUE J<br>BROOKLYN NY 11230 | 8/3/10 | 2500.00 |

NONE
|X|

## 10A OTHER TRANSFERS

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 10B OTHER TRANSFERS

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NONE
|X|

## 11 CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 12 SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 13 SETOFFS

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 14 PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

NONE
|X|

## 15 PRIOR ADDRESS OF DEBTOR

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed report also any separate address of either spouse.



## 16 SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.



## 17A ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice and if known the Environmental Law:



## 17B ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

## 17C ENVIRONMENTAL INFORMATION

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

NONE

## 18A NATURE LOCATION AND NAME OF BUSINESS

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the busiinesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| Tax ID# | NAME | BEGINNING AND ENDING DATES | ADDRESS | NATURE OF BUSINESS ADDRESS |

NONE
| X |  **18B NATURE LOCATION AND NAME OF BUSINESS**

Identify any business listed in response to subdivision a. ,above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.

NONE
|   |  **19A BOOKS RECORDS AND FINANCIAL STATEMENTS**

List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                       DATE SERVICES
                                       RENDERED

CARLINE DHATTI, PRESIDENT OF CORP

NONE
| X |  **19B BOOKS RECORDS AND FINANCIAL STATEMENTS**

b.List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NONE
| X |  **19C BOOKS RECORDS AND FINANCIAL STATEMENTS**

c.List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NONE X

## 19D BOOKS RECORDS AND FINANCIAL STATEMENTS

List all financial institutions creditors and other parties including mercantile and trade agencies to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NONE X

## 20A INVENTORIES

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

NONE X

## 20B INVENTORIES

List the name and address of the person having possession of the records of each of the inventories reported in a., above.

NONE X

## 21A CURRENT PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS

If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NONE X

## 21B CURRENT PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS

If the debtor is a corporation, list all officers and directors of the corporation and, each stockholder, who directly or indirectly owns controls or holds 5 percent or more of the voting or equity securities of the corporation.

 ## 22A FORMER PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS

If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case..

 ## 22B FORMER PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS

If the debtor is a corporation list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

 ## 23 WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

 ## 24 TAX CONSOLIDATION GROUP

If the debtor is a corporation list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

 ## 25 PENSION FUNDS

If the debtor is not an individual list the name and federal taxpayer identification number of any pension fund to which the debtor as an employer has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.



**Blumberg**Excelsior, Inc., Publisher, NYC 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT     EASTERN **DISTRICT OF** NEW YORK

In
re: ENVISION REVIEW CENTER, INC.                    Debtor(s) Case No.                    (if known)

## STATEMENT
**Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

   (a)  for legal services rendered or to be rendered in comtemplation of and in connection
      with this case                                                                    $          2500.00
   (b) prior to filing this statement, debtor(s) have paid                           $          2500.00
   (c) the unpaid balance due and payable is                                         $             0.00

(3)  $ 299.00                                 of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

   (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
      petition under title 11 of the United States Code.
   (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c)  representation of the debtor(s) at the meeting of creditors.

     Legal services to be rendered only include 4a, b and c (above).
     Does not include any representation of the debtor after 341 meeting
     Does not include any representation of the debtor for any adversary
     proceeding.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
     performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
     earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
     any compensation paid or to be paid except as follows:

Dated:                          **Respectfully submitted,**                       **Attorney for Petitioner**
8/3/10                            S/ ASHER B. WHITE                          ASHER B. WHITE
**Attorney's name and address**
ASHER B. WHITE, ESQ. 1202 AVENUE J BROOKLYN NY 11230



# UNITED STATES BANKRUPTCY COURT

### EASTERN **DISTRICT OF** NEW YORK

In re: ENVISION REVIEW CENTER, INC.

Case No.

Debtor(s)

Chapter  7

# DESIGNATION OF AGENT

We hereby designate our attorney, whose signature, name, address, Identification Number (if applicable), and telephone number are set forth below, as our agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Bankruptcy Rule 70004 (b)(8), in this Court arising in this case.  This designation shall expire the 60th day after the latest of the following dates which may be applicable in this case:  entry of Discharge of Debtor, the last date permitted for filing of complaints objecting to discharge under 11 U.S.C. 727 or dischargeability of debts under 11 U.S.C. 523, or the date an order of confirmation of a Chapter 11 or Chapter 12 plan is entered.

Dated:  8/3/10

Debtor _____
　　　　ENVISION REVIEW CENTER, INC.

Debtor _____

Attorney  S/ ASHER B. WHITE
　　　　ASHER B. WHITE

3092 - Verification of Creditor Matrix. 12/95  **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

### EASTERN **DISTRICT OF** NEW YORK

**In re:** ENVISION REVIEW CENTER, INC.
                                Case No.
                Debtor(s)
                                Chapter   7

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated:   8/3/10               

Debtor   _____
        ENVISION REVIEW CENTER, INC.

Debtor   _____

ALEXANDER THEODORA
57 ST. PAUL PLACE
BROOKLYN, NY 11236

ALEXANDRA NIVOSE- FERRUS
621 EAST 105TH STREET
APT 3B
BROOKLYN, NY 11236

ANGELINE JEAN- LOUIS
14 ORCHARD PLACE
IRVINGTON, NJ 07111

AUGUSTIN MADELEINE
235-50 147TH DRIVE
ROSEDALE, NY 11422

AZANE FRAZILUS
37 PREDMORE AVENUE
COLONIA, NJ 07067

BEATRICE FEQUIERE
273 CALVERT STREET
PHILADELPHIA, PA 19120

BEQUET ARISTIL
37 PREDMORE AVENUE
COLONIA, NJ 07067

CABLEVISION
P.O. BOX 371378
PITTSBURGH, PA 15250

CAROL KING
115-56 197TH STREET
ST. ALBANS, NY 11412

CHRISTIANAH BASORUN
3344 BAYVIEW AVENUE
BROOKLYN, NY 11224


CLESIDOR CLIFFORD
1210 LORING AVENUE
BROOKLYN, NY 11208


COLETTE RICHARDS
119-18 153RD STREET
JAMAICA, NY 11434


COMFORT BOAMPONG
1348 SHERIDAN AVENUE
BRONX, NY 10456


DALIAH RICKETTS
104-18 221ST STREET
QUEENS, NY 11429


DAVILSON ANTOINE
323 EAST 55TH STREET
BROOKLYN, NY 11203


DENISE RICHARDSON
334 CHESTER STREET
BROOKLYN, NY 11212


DERRICK SIMMS
396 JEFFERSON AVENUE
BROOKLYN, NY 11221


DESLOURDES ABELARD
710 BRISTOL STREET
APT 2R
BROOKLYN, NY 11236

DINA STANFORD
105- 63 FLATLANDS 3RD STREET
BROOKLYN NY, 11236


EDWINA MILARD
55 FITZ PATRICK AVENUE
BROCKTON, MA 02301


ELSIE COMPERE
50 KENILWORTH PLACE
APT 5D
BROOKLYN, NY 11210


EMUOBOME M. AMRAIBURE
1255 WEBSTER AVENUE
BRONX, NY 10456


EVELYNE PIERRE
1350 EAST 35TH STREET
BROOKLYN, NY 11210


FAITH ADUH
2368 MOTT AVENUE
FAR ROCKAWAY, NY 11691


FELICITY DALABA
1552 LONG FELLOW AVENUE
BRONX, NY 10460


FIVE STAR CARTING INC.
5835 47TH STREET
MASPETH, NY 11378


FRANCE METELLUS
9800 AVENUE L
BROOKLYN, NY 11236

FREDELYNE FEQUIERE
273 CALVERT STREET
PHILADELPHIA, PA 19120


GISLYNE MAXINEAL
812 ROGERS AVENUE
BROOKLYN, NY 11226


GUYBERT VYLES
116 SCOTT AVENUE
DEER PARK, NY 11729


HELEN GRIFFITH
993 EAST 92ND STREET
BROOKLYN, NY 11236


HETTY TROTTMAN
1582 HENDRICKSON STREET
BROOKLYN, NY 11234


ISLANDE ANTOINE
1547 ARLINE AVENUE
ABINGTON, PA 19001


JACQUELINE HILL
388 MIDWOOD STREET
BROOKLYN, NY 11225


JACQUES ANTOINE JR
235 COPLEY ROAD
UPPER DARBY, PA 19082


JANET OLLA
202 NEW LOTS AVENUE
BROOKLYN, NY 11207

JANICE WEST MORLAN
177- 13 TROUTVILLE ROAD
JAMAICA, NY 11434


JENITA BECKFORD
213 SPRING STREET
WEST HAVEN, CT 06516


JENNIFER LAGUERRE
1760 UNION STREET
BROOKLYN, NY 11213


JOAN GEORGE
1138 EAST 83RD STREET
BROOKLYN, NY 11236


JOELLE DUVALSAINT
44 EHMER DRIVE
LA GRANGEVILLE, NY 540


JUDITH LOUIS
219- 36 114TH AVENUE
CAMBRIA HEIGHTS, NY 11411


JULES DENISE
79 MITCHELL STREET
WEST ORANGE, NJ 07052


JUMANE PIERRE
256 EAST 55TH STREET
BROOKLYN, NY 11203


JUNIE BANATTE
249 EMILY AVENUE
ELMONT, NY 11003

KAMANI SOOKPAUL
97-17 132ND STREET
RICHMOND HILL, NY 11419


KAREN ELLIOT
104- 38 FARMERS BLVD
ST. ALBANS, NY 11412


KAREN WILLIAMS
150- 68 116TH STREET
JAMAICA, NY 11434


LINDA LESPINASSE
766 FERN STREET
YEADON, PA 19050


MAGALIE LORMEU
7 CRAWFORD STREET
RANDOLPH, MA 02368


MALORY GENEUS
101 FLORENCE STREET
ROSLINDALE, MA 02131


MARGARETTE NARCISSE
3502 KINGS HIGHWAY
APT E9
BROOKLYN, NY 11234


MARIE C. JASMIN- JEAN
1106 CENTRAL AVENUE
S. HEMPSTEAD, NY 11550


MARIE DORSAINVIL
1302 NEWKIRK AVENUE #2h
BROOKLYN, NY 11230

MARIE JEAN- FRANCOIS
273 CALVERT STREET
PHILADELPHIA, PA 19126

MARIE M. ABOUTOU
302 W. SPENCER AVENUE
PHILADELPHIA, PA 19120

MARIE M. JEAN- BAPTISTE
390 SHERIDAN BLVD.
INWOOD, NY 11096

MARIE ST.LOTH
2460 BRIGHAM STREET
BROOKLYN, NY 11235

MARIE VICTORIA MICHEL
1353 NEW YORK AVENUE
BROOKLYN, NY 11210

MARIE YOLETTE PIERRE
323 EAST 55TH STREET
BROOKLYN, NY 11203

MARLENE BALATIER
33 PIERCE STREET
HYDE PARK, MA 02136

MAXINE DOUGLAS
218-16 137TH AVENUE
SPRINGFIELD, NY 11413

MICHELINE GARCON
88 BODEN AVENUE
VALLEY STREAM, NY 11580

MICHELINE JEAN
378 MONTGOMERY STREET
BROOKLYN, NY 11225


MIRLENE JEANTY
1439 EAST 96TH STREET
BROOKLYN, NY 11236


MOHAMMED ISLAM
1059 GLENMORE AVENUE
BROOKLYN, NY 11208


MYRLINE CASSEUS
1676 WALKERS AVENUE
UNION, NJ 07083


MYRNA PETERKIN
104-38 FARMERS BLVD.
ST. ALBANS, NY 11412


NICOLE THOMAS
100-45 221ST STREET
QUEENS, NY 11429


NYRVA LUBRUN
1298 EAST 37TH STREET
BROOKLYN, NY 11210


ODETTE ROBINSON
134-20 220TH STREET
LAURELTON, NY 11413


OLUBUNMI BALOFIN
33 PARKHILL COURT
STATEN ISLAND, NY 10304

PASCALE J. GASPARD
755 OCEAN AVENUE
BROOKLYN, NY 11226


PAULETTE ATKINSON
1438 PARK PLACE
BROOKLYN, NY 11213


PAULINE JOHNSON ANTOINE
674 HAWTHORNE STREET
BROOKLYN, NY 11203


RAPHAELLE LOUIS
1244 STIRLING STREET
PHILADELPHIA, PA 19120


RAYMONDE ORESTE
1220 OCEAN AVENUE
BROOKLYN, NY 11230


ROSE JEANTY
99-17 217TH LANE
QUEENS, NY 11429


ROSELIE CHAVRE
15 MIDDLESEX ROAD
SHARON, MA 02067


ROSENIE AUGUSTE
25 ST. JOHN AVENUE
NORWOOD, MA 02062


SABRINA JEAN
929 TYSON AVENUE
PHILADELPHIA, PA 19111

SHARON ENNEVER
245- 36 149TH STREET
ROSEDALE, NY 11422


SHERREN FRANCE
591 OCEAN AVENUE
APT 2G
BROOKLYN, NY 11226


SHIRLEY PETION
1447 SCHENECTADY
BROOKLYN, NY 11203


TANIA MARTIN
168- 30 127TH AVENUE
JAMAICA, NY 11434


TEPSON CALASSE
172-24 133RD AVENUE
APT 16A
JAMAICA, NY 11434


THERESA MCDONALD
1710 CARROLL STREET
BROOKLYN, NY 11213


VANESSA BONSU
116 GOTHAM AVENUE
ELMONT, NY 11003


VIVIENNE WILLIAMS
1089 FAYETTE STREET
UNIONDALE, NY 11553


WILLIAM CYRIAQUE
723 EAST 27TH STREET
BROOKLYN, NY 11210

YONNETTE FORTUNE
5OO CHAUNCEY STREET
BROOKLYN, NY 11233


YVE G. CYRIAQUE
723 EAST 27TH STREET
BROOKLYN, NY 1121O


YVES ROSE KALIN
1O2O GRAND CONCOURSE
BRONX, NY 10451

In re: ENVISION REVIEW CENTER,

Debtor(s) Case No. (if known)

## DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 8/16/10

Signature _____
ENVISION REVIEW CENTER, INC.

Date

Signature _____

(if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number
(Required by U.S.C.§110(c)).

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____          _____

Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached

Date 08/25/2010

Signature _____

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

### PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY

Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and 3571.



In re:   ENVISION REVIEW CENTER, INC.

Debtor(s)   Case No.                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __30__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
<span style="font-size:smaller">(Total shown on summary page plus 2.)</span>

Date __8/3/10__                          Signature_____
                                                   ENVISION REVIEW CENTER, INC.   Debtor

Date_____                   Signature_____
                                                                      (Joint Debtor, if any)
                                         *(If joint case, both spouses must sign.)*

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer         Social Security No. (Required by
                                                                              11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address:

X_____           _____
  Signature of Bankruptcy Petition Preparer                               Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.**

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 30 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
**(Total shown on summary page plus 1.)**

Date _____              Signature  S/ CARLINE D'HAITI, PRESIDENT _____

                                              (Print or type name of individual signing on behalf of debtor.)

*(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. §§ 152 and 3571.

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Property Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I  -  Current Income of Individual Debtor(s)
Schedule J -  Current Expenditures of Individual Debtor(s)

Unsworn Declaration Under Penalty of Purjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of
any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be
identified with the debtor's name and case number.  If the schedules are filed with the petition,
the case number should be left blank.

Schedules D, E, and F have been designated for the listing of each claim only once.  Even
when a claim is secured only in part or entitled to priority only in part, it still should be listed
only once.
A claim which is secured in whole or in part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not
list the same claim twice.  If a creditor has more than one claim, such as claims arising from
seperate transactions, each claim should be scheduled seperately.

Review the specific instructions for each schedule before completing the schedule.

**UNITED STATES BANKRUPTCY COURT**

EASTERN **DISTRICT OF** NEW YORK

_____

     ENVISION REVIEW CENTER, INC.

In re                                          Case No:

                                             Chapter  7

          Debtor(s)

_____

## DECLARATION RE: ELECTRONIC FILING

**PART 1--DECLARATION OF PETITIONER(S):**

  I (We) ENVISION REVIEW CENTER, INC. and  the undersigned debtor(s), hereby declare under penal of perjury, the information I (we) have given my (our) attorney and the information provided in the electronically filed petition is true and correct.  I (We) consent to my (our) attorney sending my (our) petition, and the accompanying statements and schedules to the United States Trustees.  I (We) understand that failure to provide the trustee with the signed original of this Declaration Re: Electronic Filing within 15 days following the date the petition was electronically filed will cause my (our) case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

Dated:

                                 Signed: _____

**PART II--DECLARATION OF ATTORNEY:**

    I declare under penalty of perjury that I have reviewed the above debtor(s) petition, schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.  The debtor(s) will have signed this form before I file the petition, schedules and statements.  I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and I will send copies of this declaration, the petition, schedules and statements to the trustee appointed in this case and to the United States Trustee.  This declaration is based upon all information of which I have knowledge.

Dated:

                              Signed: S/ ASHER B. WHITE _____

                                   Attorney for Debtor(s)

 Federal Bankruptcy Cover (10/06)   **Blumberg** Excelsior, Inc., Publisher, NYC 10013

## Case No.

# United States Bankruptcy Court

#### EASTERN **DISTRICT OF** NEW YORK

**In Re** ENVISION REVIEW CENTER, INC. —————————————— Debtor(s)

## Chapter 7

Last four digits of Soc. Sec. No./ Complete EIN or other Tax   9282
I.D. No.(If more than one, state all): _____

# Petition, Schedules and
# Statement of Financial Affairs

ASHER B. WHITE
LAW OFFICES OF ASHER B. WHITE

Attorney(s) for Petitioner
Office & Post Office Address & Telephone Numbe
1202 AVENUE J
BROOKLYN NY 11230
(718) 253-2413

## REFERRED TO

_____

_____
Clerk

_____
Date